# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Angel Obed Osorio-Santo Hoyo,<br>a.k.a.: Angel Abed Osorio-Santo Hoyo,<br>a.k.a.: Angel Obed Osorio-Santoyo,<br>(A087 765 950)<br>*Defendant* | Case No. 17-290 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 6, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Angel Obed Osorio-Santo Hoyo,, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about August 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 8, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 6, 2017, Angel Obed Osorio-Santo Hoyo was booked into the Maricopa County Jail (MCJ) intake facility by the Surprise Police Department on local charges. While incarcerated at the MCJ, Osorio-Santo Hoyo was examined by ICE Officer J. Davis who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 6, 2017, Osorio-Santo Hoyo was released from the MCJ and transferred to the Phoenix ICE office for further investigation and processing. Osorio-Santo Hoyo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Angel Obed Osorio-Santo Hoyo to be a citizen of Mexico and a previously deported criminal alien. Osorio-Santo Hoyo was removed from the United States to Mexico at or near El Paso, Texas, on or about August 11,

1

2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Osorio-Santo Hoyo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Osorio-Santo Hoyo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Angel Obed Osorio-Santo Hoyo was convicted of Possession with Intent to Distribute Marijuana, a felony offense, on May 24, 2013, in the United States District Court, District of Arizona. Osorio-Santo Hoyo was sentenced to eighteen (18) months' imprisonment and thirty-six (36) months' supervised release. Osorio-Santo Hoyo's criminal history was matched to him by electronic fingerprint comparison.

5. On August 6, 2017, Angel Obed Osorio-Santo Hoyo was advised of his constitutional rights. Osorio-Santo Hoyo freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 6, 2017, Angel Obed Osorio-Santo Hoyo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at or near El Paso, Texas, on or about August 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 8th day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge